Kevin R. DOWNING, Petitioner,

v.

DEPARTMENT OF LABOR, Respondent.

No. 05–3100.

United States Court of Appeals, Federal Circuit.

Jan. 23, 2006.

Before: NEWMAN, GAJARSA, and PROST, Circuit Judges.

## JUDGMENT

**PER CURIAM.**

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED. See* Fed. Cir. R. 36